FILED 19 SEP '16 10:56 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RONALD SATISH EMRIT,** | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 3:16-CV-01564-YY |
| **CD BABY, et al.,** | : |
| Defendants. | : |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

TO THE CLERK OF SAID COURT:

KINDLY TAKE NOTICE that I, Plaintiff Ronald Satish Emrit, hereby voluntarily dismiss the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

Date: Sept. 15, 2016

RONALD SATISH EMRIT, *Plaintiff, Pro se*

4529 Townwall Street
Las Vegas, NV 89115
T: (301) 537-8471
E: einsteinrockstar@hotmail.com